UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

MICHELLE GONZALES,  CASE NO.: 1:14-cv-20872 UU
Personal Representative of the Estate of
MARTIN GONZALES, deceased

     Plaintiff,

vs.

SIERRA NEVADA CORPORATION,
and NEW FRONTIER INNOVATIONS, LLC.

     Defendants.
_____/

## STIPULATION OF DISMISSAL

Plaintiff Michelle Gonzales, surviving spouse and Personal Representative of the Estate of Martin Gonzales, deceased, and natural mother and guardian of the minor children, and Defendants, Sierra Nevada Corp. and New Frontier Innovations, LLC, file this Stipulation for Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and stipulate to dismissal of this action with prejudice each party to bear their own fees and costs.

Respectfully submitted this 11th day of August 2014.

| | |
|---|---|
| s/NEWT PORTER | s/TONY KORVICK |
| NEWTON P. PORTER | TONY KORVICK |
| (Florida Bar No. 833738) | (Florida Bar No. 768405) |
| nporter@porterandkorvick.com | tkorvick@porterandkorvick.com |
| PORTER & KORVICK, P.A. | PORTER & KORVICK, P.A. |
| 9655 South Dixie Highway Suite 208 | 9655 South Dixie Highway Suite 208 |
| Miami, Florida 33156 | Miami, Florida 33156 |
| Telephone:   (305) 373-5040 | Telephone:   (305) 373-5040 |
| Facsimile:   (305) 668-9154 | Facsimile:   (305) 668-9154 |
| Attorneys for Plaintiffs | Attorneys for Plaintiffs |

s/JAMES F. HIBEY
James F. Hibey          jhibey@steptoe.com
David Crane             dcrane@steptoe.com
Shannen W. Coffin       scoffin@steptoe.com
STEPTOE & JOHNSON LLP
Attorneys for Defendant New Frontiers Innovation, LLC
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 ó facsimile

s/MONICA L. IREL
Monica L. Irel          mirel@mckennalong.com
Thomas B. Almy          talmy@mckennalong.com
MCKENNA LONG
Attorneys for Defendant Sierra Nevada Corp.
Capital Plaza
10700 N. Kendall Drive, Suite # 303
Miami, Fl. 33176
Telephone: (305) 670-4843
Facsimile: (305) 670-4846

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 11, 2014, I served a copy of the foregoing electronically via email on the following:

James F. Hibey        jhibey@steptoe.com
David Crane           dcrane@steptoe.com
Shannen W. Coffin     scoffin@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-3000 - telephone
(202) 429-3902 ó facsimile

Michael S. Pasano     mpasano@cfjblaw.com
Marissel Descalzo     mdescalzo@cfjblaw.com
Fla. Bar. No. 669318
Carlton Fields Jorden Burt
100 S.E. Second Street, Suite 4200
Miami, FL 33131
Telephone: (305) 530-0050
Fax: (305) 530-0055

Thomas B. Almy        talmy@mckennalong.com
Monica L. Irel        mirel@mckennalong.com
Capital Plaza
10700 N. Kendall Drive, Suite # 303
Miami, Fl. 33176
Telephone: (305) 670-4843
Facsimile: (305) 670-4846

/s Newt Porter